UNITED STATES DISTRICT COURT
Northern District of Georgia

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta
MAR 17 2008
JAMES N. HATTEN, CLERK
By: [signature] Deputy Clerk

Jonathan Lee Riches', Thomas Davis, and all others similarly situated.
Plaintiffs

1:08-CV-1067

V.

Pancho's Mexican Buffet Inc,
Defendants

Class Action Suit Pursuant to Fed R Civ P 20 & 23,
42 USC 1983 / Temporary Restraining order

ON 3-12-08, Plaintiffs fear they will be food poisoned with tainted spinach. Panchos is threatening to use Plaintiffs as dishwashers for forced Prison Labor. This is unconstional. Plaintiffs face imminent danger.
Plaintiffs seek a restraining order

Respectfully
[signature]
Jonathan Lee Riches