# CIVIL COVER SHEET FOR A PRISONER CASE 1:08-CV

JUDGE Hunt
MAG. JUDGE Brill
DATE FILED 3-17-08
DIVISION Atlanta
IFP no  FEE no
PREVIOUS CASES yes

NAME Jonathan Lee Riches  I.D. # 40948-018
PRO SE ✓  ATTORNEY ____
PLACE OF INCARCERATION FCI Williamsburg
CITY Salters  STATE SC  COUNTY Williamsburg

| JURISD. | NOS | CAUSE | DESCRIPTION |
|---|---|---|---|
| 3 | 530 | ____ 28:2254 | Habeas action by a State prisoner challenging state convictions or sentence. |
| 3 | 535 | ____ 28:2254d | Habeas action by a State prisoner under a DEATH sentence. _____ SEND TO DISTRICT JUDGE. |
| 3 | 530 | ____ 28:2241st | Habeas action by a State prisoner or detainee challenging matters other than conviction or sentence (e.g. parole revocation, loss of good time-credit, etc.). |
| 2 | 530 | ____ 28:2241fd | Habeas action by a Federal prisoner or detainee challenging matters other than conviction or sentence (e.g. parole revocation, loss of good time-credit, etc.). |
| 3 | 550 | ____ 42:1983pr | State or Federal prisoner civil rights action suing state officials not involving prison conditions. (A/K/A "Bivens action"). |
| 2 | 550 | ____ 28:1331pr | Prisoner civil rights action suing federal officials not Involving prison conditions. (A/K/A "Bivens actions"). |
| 3 | 555 | ____ 42:1983pr | State prisoner civil rights action involving prison conditions. |
| 2 | 555 | ____ 28:1331pr | Prisoner civil rights action suing Federal officials involving prison conditions. (A/K/A "Bivens action"). |
| 2 | 540 | ____ 28:1346 | Prisoner Federal Tort Claim. (Against U.S.) |
| 2 | 540 | ____ 28:1361pr | Action to compel U.S. officer to perform a duty MANDAMUS. |
| 4 | 540 | ____ 28:1332 | Any prisoner action based on diversity. |
| ____ | 540 | ____ ____ | OTHER: ____ |

______ DOCKER CLERK: Place cover sheet in acco on top of docket sheet and file, and FORWARD to Magistrate Judge assigned for IFP and/or frivolity determinations.

______ STAFF LAW CLERK:

____ Pauper's affidavit insufficient or no affidavit
____ Complaint or petition not signed or is incomplete
____ No copies
____ Other: ____

✓ BH
66B
550
42:1983pr
SLW